**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**March 30, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

PERRY CLINE, on behalf of himself and all others similarly situated,

     Plaintiff - Appellee,

v.

SUNOCO, INC. (R&M); SUNOCO PARTNERS MARKETING & TERMINALS, L.P.,

     Defendants - Appellants.

No. 26-7014
(D.C. No. 6:17-CV-00313-JAG)
(E.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]

_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]

_____

This matter is before the court on *Defendants-Appellants' Unopposed Motion for Summary Affirmance*. The motion is GRANTED. The judgment of the U.S. District Court for the Eastern District of Oklahoma is AFFIRMED. The mandate shall issue forthwith.

Entered for the Court,

Per Curiam

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.